UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANK CHARLES SMITH, JR. (#120201)

VERSUS                                                          CIVIL ACTION NO.: 09-10-JVP-DLD

R.G. HARRIS, ET AL

## RULING ON MOTIONS FOR SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 6, 2010 (doc. 39). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Motion for Summary Judgment (doc. 37) is hereby **DENIED**. Defendants' Motion for Summary Judgment is hereby **GRANTED** and the claims against Dr. Larry Caldwell shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and this action shall be **DISMISSED**. Further, the claims against Ms. Thomas, R.N. shall be **DISMISSED** for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 3rd, 2010.

~~RALPH E. TYSON, CHIEF JUDGE~~
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA
JAMES J. BRADY, JUDGE