UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANK CHARLES SMITH, JR. (#120201)

VERSUS                                     CIVIL ACTION NO.: 09-10-JVP-DLD

R.G. HARRIS, ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, R.G. Harris, Larry Caldwell, M.D., Manzoor Shah, M.D., Stephanie Slaughter, R.N., and Unknown Thomas, R.N., and against the plaintiff, Frank Charles Smith, Jr., and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, January 3, 2010.

~~RALPH E. TYSON, CHIEF~~ JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA
JAMES J. BRADY