UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANK CHARLES SMITH, JR.

VERSUS

R. G. HARRIS, ET AL.

CIVIL ACTION

NO. 09-10-JVP-DLD

### *RULING ON MOTIONS*

Plaintiff has filed a motion to alter or amend judgment (doc. 44) and a motion to correct clerical mistake (doc. 45).

The motion to correct clerical mistake is hereby GRANTED. Plaintiff correctly observes that the judgment was obviously entered with the wrong month (January instead of February). A corrected judgment will be entered accordingly.

As to plaintiff's motion to amend, the court finds no need to amend the judgment in any other respect.

Accordingly, the motion to correct (doc. 45) is hereby GRANTED and the motion to amend (doc. 44) is hereby DENIED.

Baton Rouge, Louisiana, February 17th, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE